CHARLES P. SCHULTZ, ADMINISTRATOR, *ETC.*, *ET AL.*, PLAINTIFFS-PETITIONERS, v. THE BOROUGH OF KEANSBURG, DEFENDANT-RESPONDENT.

*Mr. Seymour R. Kleinberg* for the petitioners.

*Mr. Frank P. Zimmer* for the respondent.

October 19, 1959. Denied.

JOHN YOUNG *ET AL.*, PLAINTIFFS-PETITIONERS, v. VINCENT P. McKELVEY *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Francis J. Strapp* and *Mr. John A. Hartpence* for the petitioners.

*Messrs. Dawes & Dawes* and *Messrs. Jamieson, Walsh & McCardell* for the respondents.

October 19, 1959. Denied.